IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Criminal No. 3:23-cr-14 |
|---|---|
| v. | |
| CLINT ADDLEMAN | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant CLINT ADDLEMAN, upon the grounds that a superseding indictment has been returned in the above-captioned criminal case charging the defendant with Title 26, United States Code, Section 5861(d); Title 18, United States Code, Sections 2, 844(n), and 844(i); and Title 21 United States Code, Section 846. Recommended bond: detention.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By: */s/Maureen Sheehan-Balchon*
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059

FILED

AUG 20 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA