IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)   3:23-cr-00014-SLH-KAP-2
vs.  )
)
CLINT ADDLEMAN  )
)

Defendant,

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

*Clint Addleman /FW*
SIGNATURE OF DEFENDANT

DATE: September 11, 2024

COUNSEL FOR DEFENDANT

## ORDER OF DETENTION

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

DATED this *12th September, 2024*

BY THE COURT:

_____
KEITH A. PESTO
United States Magistrate Judge