IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 3:23-cr-14 |
| CLINT ADDLEMAN | |

## FIRST SUPPLEMENTAL RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following supplemental materials have been uploaded and disclosed through USAfx:

- Search Warrant Affidavits

    o Google, filed at Magistrate No. 3:19-mj-71, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019, Redacted (13 pp.)

    o Facebook Users, filed at Magistrate No. 3:19-mj-72, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019, Redacted (14 pp.)

    o Facebook Users, filed at Magistrate Nos. 3:21-mj-86 and 3:21-mj-87, and signed by U.S. Magistrate Judge Keith A. Pesto on 6/2/2021, Redacted (18 pp.)

    o Black LG Trac Phone, filed at Magistrate No. 3:21-mj-91, and signed by U.S. Magistrate Judge Keith A. Pesto on 6/7/2021, Redacted (11 pp.)

    o Facebook User, filed at Magistrate No. 3:21-mj-179, and signed by U.S. Magistrate Judge Keith A. Pesto on 12/2/2021, Redacted (14 pp.)

    o Google, filed at Magistrate No. 3:22-mj-46, and signed by U.S. Magistrate Judge Keith A. Pesto on 3/17/2022, Redacted (9 pp.)

    o Verizon, filed at Magistrate No. 3:22-mj-113, and signed by U.S. Magistrate Judge Keith A. Pesto on 7/7/2022, Redacted (11 pp.)

    o Google, filed at Magistrate No. 3:22-mj-174, and signed by U.S. Magistrate Judge Keith A. Pesto on 9/28/2022, Redacted (12 pp.)

    o Google, filed at Magistrate No. 3:22-mj-188, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/24/2022, Redacted (14 pp.)

**Note**: The Affidavits for the Facebook Search Warrants filed at Magistrate Nos. 3:19-mj-73 through 3:19-mj-78 are identical to the Affidavit for the Facebook Search Warrant filed at Magistrate No. 3:19-mj-72 that is listed and disclosed above.

In light of the above disclosures, the government hereby requests reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A), (B) and (C).

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/ Maureen Sheehan-Balchon*
Assistant U.S. Attorney

January 10, 2025
Date

Receipt acknowledged by:

_____
Counsel for Defendant

1/14/25
Date