IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Criminal Case No. 3:23-14 |
| | ) |
| KRIS JOSEPH NEVLING and | ) |
| CLINT ADDLEMAN | ) |
| Defendants. | ) |

HEARING ON: Telephone Status Conference

Before Judge: Stephanie L. Haines

Maureen Sheehan-Balchon, AUSA          Brian D. Aston, Esq. (*Nevling*)
Shaun E. Sweeney, AUSA                 Adam R. Gorzelsky, Esq. (*Nevling*)
                                       Frank C. Walker (*Addleman*)
    Appear for Plaintiff                  Appear for Defendants

Hearing began: 3/19/25 @ 11:30 a.m.    Hearing concluded: 11:50 a.m.

Law Clerk: Gary Robinson               Stenographer: Melissa Moore

Court convened for status conference. Counsel entered appearances. Defendants Nevling and Addleman were not required to participate. Court called conference to discuss deadlines for motions and to discuss potential trial dates. The parties proposed an August trial for Defendant Nevling and a November trial for Defendant Addleman. Based on the parties' estimates for length, the Court will set aside two weeks for each trial. The Court will consider the proposed dates and will enter appropriate scheduling orders setting dates for pretrial conference and jury selection & trial and other trial deadlines. AUSA Sweeney advised that this matter is under review by DOJ for capital punishment with determination possible in May. Court will set proposed trial dates under assumption that this will proceed as non-capital case with understanding that a different determination will alter scheduling. Court will grant Defendant Nevling's pending motion for extension of time to file pretrial motions [Doc. 99] to today's date. Attorney Aston made oral motion on the record to extend Defendant Nevling's deadline for additional 60 days from today. Court will grant the oral motion. Attorney Walker indicated that he intends to file a motion for an additional 30-day extension upon expiration of Defendant Addleman's current deadline of April 11, 2025. Appropriate orders to follow. Conference adjourned.