# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:23-14-2 |
| | ) Judge Stephanie L. Haines |
| CLINT ADDLEMAN | ) |

## **ORDER OF COURT**

AND NOW, this 20th day of March, 2025, IT IS ORDERED that a jury trial in this case for the above-named defendant hereby is scheduled to commence with jury selection on **Monday, October 27, 2025, at 9:00 a.m.**, in Courtroom A, 319 Washington Street, Johnstown, PA, before Judge Stephanie L. Haines. Defendant Clint Addleman is required to be present; and,

IT FURTHER IS ORDERED that a final pretrial conference for the above-named defendant hereby is set for **Monday, September 29, 2025, at 10:30 a.m.**, in Courtroom A, 319 Washington Street, Johnstown, PA, before Judge Stephanie L. Haines. Defendant Clint Addleman is required to be present.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record