IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 3:23-14-2 |
| ) | Judge Stephanie L. Haines |
| CLINT ADDLEMAN ) | |

### ORDER OF COURT

AND NOW, this 13th day of May, 2025, upon due consideration of defendant's motion for extension of time to file pretrial motions, to which the Government does not object, IT IS ORDERED that defendant's motion [Doc. 113] hereby is **granted**; and,

IT FURTHER IS ORDERED that the extension of time caused by this continuance (from the filing of the motion on May 12, 2025, until June 26, 2025) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv); and,

IT FURTHER IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before **June 26, 2025**.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record