# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 23-14 |
| | ) | |
| vs. | ) | |
| | ) | |
| KRIS NEVLING, | ) | |
|     Defendant. | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING AND EXTEND DEADLINES

**AND NOW**, comes your Petitioner, Kris Nevling, by and through his counsel, Brian D. Aston, Esquire, and files the following Motion to Continue Sentencing and Extend Deadlines and in support thereof avers as follows:

1. The Defendant, Kris Nevling, has a sentencing hearing scheduled for January 7, 2026.
2. Defendants' counsel has been investigating certain facts the Defendant has requested us to review. This includes the issuance of a subpoena for records from the Cambria County Jail.
3. Counsel has been able to answer the Defendant's questions and now needs additional time to prepare for sentencing.
4. Counsel for the Defendant is scheduled for a trial beginning on Monday, January 5, 2026, in Westmoreland County and will be unavailable for Sentencing.
5. Counsel has discussed this matter with AUSA Maureen Sheehan-Balchon, Esquire, who opposes this request.

**WHEREFORE**, the Defendant, Kris Nevling requests your Honorable Court grant an extension of approximately 30 days to prepare and file the Sentencing Memo and appear for the sentencing.

Respectfully submitted,

Date: December 30, 2025

/s/ Brian D. Aston
Brian D. Aston, Esquire
PA ID 73267
320 South Maple Ave.
Greensburg, PA  15601
724-205-6614
Email: bda@bastonlaw.com