IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:23-cr-14 |
| ) | |
| CLINT ADDLEMAN ) | |

## ORDER

AND NOW, to wit, this 9th day of February 2026, upon consideration of the within Motion, it is hereby ORDERED that the said Motion is GRANTED and that the defendant, Clint Addleman, shall provide the government with the material set forth in its motion and inform the government that the items do not exist no later than February 13, 2026.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge

3