IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:23-cr-14 |
| CLINT ADDLEMAN | |

**GOVERNMENT'S PROPOSED SUPPLEMENTAL *VOIR DIRE***

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon and Samantha Stewart, Assistant U.S. Attorneys and Shaun E. Sweeney, Special Assistant United States Attorney for said District, and respectfully submits the following:

In addition to the Court's standard *voir dire*, it is respectfully requested that the Court include the following questions in its examination of prospective jurors pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure. It is further respectfully submitted that the questions listed below, particular to the context of this case, would aid in the selection of a fair, impartial, and unbiased jury.

1. Do you have feelings about the United States Government, the criminal justice system, or the prosecution of criminal cases that would affect your ability to render a fair and impartial verdict in this case?

2. This case resulted from an investigation by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (commonly called the "ATF"), the Pennsylvania State Police, and the Clearfield Borough Police Department. Have you or any member of your family ever had any interactions with any of those entities?

   a. Please explain with which entity you interacted and the nature of that interaction;

      b.  Do you have feelings about any of those entities that could affect your ability to render a fair and impartial verdict in this case?

3. Have you had any negative interactions with any law enforcement officers that may impact your ability to be a fair and impartial juror in a case where you can expect to hear the testimony of law enforcement officers?

4. Do you have any health, hearing or vision impairment, or is there any reason, personal, business, health or otherwise, that would prevent you from serving as a fair and impartial juror and from rendering a fair and impartial verdict in this case based on the evidence presented in court and the court's instructions to you concerning the law?

5. Have you, or has any member of your family, ever appeared in court as a witness in a criminal case on behalf of either the prosecution or the defense?

6. Have any of you heard or read any details related to this particular case, or the defendant, Clint Addleman?

7. Have any of you heard or read any details related to this particular case, or the co-defendant, Kris Joseph Nevling?

8. The government will be presenting the testimony of cooperating witnesses. Cooperating witnesses are defendants who assist the government in the investigation and prosecution of other defendants, often as a term of a plea bargain. Do you have any strong personal beliefs, one way or the other, regarding the government's use of cooperating witnesses and plea bargaining? If so:

      a.  What is the nature of your personal beliefs regarding the use of cooperating witnesses and plea bargaining?

      b. Would the fact that a cooperating defendant could receive a reduced sentence for cooperating against another defendant cause you to necessarily discount or reject the testimony of the cooperating defendant?

9. Have you, or has any member of your immediate family, ever been charged with a criminal offense (other than traffic violations) or appeared in court as a defendant in a criminal case or as a witness on behalf of a defendant in a criminal case? If yes, please answer the following questions:

      a. When?

      b. State court or federal court?

      c. Civil case or criminal case?

      d. What were the nature of the charges in the case?

      e. What was the outcome of the case?

      f. Would your involvement affect your ability to render a fair and impartial verdict in this case?

10. Do you have any belief or opinion on the laws related to drug distribution that could affect the way you think about this case?

11. Do you have such feelings about the use, abuse, or addiction to drugs, and/or do you have a person close to you, such as a close friend or family member, who has had any personal experience with drug use or abuse that would make you unable to sit as a fair and impartial juror in this case?

12. Do you believe that the distribution of drugs like methamphetamine should be legalized in the United States?

13. Would the nature of the evidence in this case, including graphic images, affect your ability to consider all the evidence fairly and objectively? Would you be able to set aside any emotions those images may evoke and base your decision solely on the evidence presented in court?

14. Are you associated with an organization that advocates for defunding the police or law enforcement agencies?

                Respectfully submitted,

                TROY RIVETTI
                United States Attorney

                */s/ Maureen Sheehan-Balchon*
                MAUREEN SHEEHAN-BALCHON
                Assistant United States Attorney
                PA ID No. 78059

                */s/ Shaun E. Sweeney*
                SHAUN E. SWEENEY
                Special Assistant United States Attorney
                PA ID No. 53568

                */s/ Samantha Stewart*
                SAMANTHA STEWART
                Assistant United States Attorney
                PA ID No. 310068