IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 3:23-cr-14 |
| | ) |
| CLINT ADDLEMAN | ) |

**NOTICE OF GOVERNMENT'S INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 807**

AND NOW comes the United States of America, through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, Maureen Sheehan-Balchon and Samantha Stewart, Assistant U.S. Attorneys for said district, and Shaun E. Sweeney, Special Assistant U.S. Attorney for said district, and respectfully submits this notice of intent to offer evidence pursuant to Federal Rule of Evidence 807 (Fed. R. Evid. 807) and to rely on the residual exception, at defendant Clint Addleman's upcoming trial.

Defendant Addleman is charged in the Superseding Indictment with Possession of an Unregistered Firearm/Destructive Device (Count One), Conspiracy to Maliciously Destroy Property by Explosive or Fire (Count Two), Malicious Destruction of Property by Explosive or Fire (Count Three), and Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Count Four).  At the trial scheduled to commence on March 9, 2026, with respect to Counts One through Three, the government intends to introduce evidence to establish that, in the early morning hours of October 4, 2019, an explosive bomb was delivered in a package to the apartment complex located at 327 East Market Street, Clearfield, Pennsylvania.  The package was wrapped and disguised as a gift for the intended recipient, victim S.L.C., who rented an apartment at that address.  The package included a stenciled message on the outside instructing S.L.C. to press "play" to hear

a recorded message from the person who had gifted the package to her.  Several hours later, when S.L.C. apparently hit "play," the bomb detonated, killing S.L.C. and destroying the complex.

The government intends to introduce evidence at trial depicting the package, specifically the following statements made in a Facebook Messenger chat between the victim, S.L.C., and her associate M.W., whose identities are known to the defendant:



**Author** ▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 11:57:08 UTC
**Body** Hey hit me up whenever you get this

**Author** ▮▮▮▮ (100027915451496)
**Sent** 2019-10-04 12:16:03 UTC
**Body** What's good? I was actually planning on hitting you up today, hopefully that last thing comes

**Author** ▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 12:17:40 UTC
**Body** I was sorta wondering since you're only next door if you'd come over & open this weirdo creepo scary box I got in the middle of the night?!? I'm honestly kinda scared as fuck to open this alone/by myself!!

**Author** ▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 12:18:26 UTC
**Body** ▮▮▮▮ sent a photo.
**Attachments** image-2469195103406019 (2469195103406019)
   **Type** image/jpeg
   **Size** 31149
   **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=2469195103406019&mid=mid.%24cAAAADdF2o0dzx_pFgFtIrTpgVhon&uid=1000

Facebook Business Record — Page 6400

27915451496&accid=100027915451496&preview=0&hash=AQCKAddMOHAiYOYn49-WPoGKdtnBNdQKBXtcMhGRRwmujQ

GOVERNMENT EXHIBIT 79b



Page 6401 — Facebook Business Record

GOVERNMENT EXHIBIT 79c

- 3 -

**Author** ▮▮▮▮▮ (100027915451496)
**Sent** 2019-10-04 12:19:22 UTC
**Body** WoW that's crazy! Any idea who it's from?

**Author** ▮▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 12:19:32 UTC
**Body** It's been sitting in my living room for hours now!!!

**Author** ▮▮▮▮▮ (100027915451496)
**Sent** 2019-10-04 12:19:37 UTC
**Body** And yea I'll come over like 9:45

**Author** ▮▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 12:20:48 UTC
**Body** & nope!! No idea!!! & No one has even hiddened that they were gonna or did drop.anything off. I've been awake all night & I heard no one knock on my door or anything...so I am a lil fucking freaked out...

**Author** ▮▮▮▮▮ (100027915451496)
**Sent** 2019-10-04 12:27:59 UTC
**Body** That's fucked up

**Author** ▮▮▮▮▮ (100005111701295)
**Sent** 2019-10-04 12:28:18 UTC
**Body** Yes very much so!!!

GOVERNMENT EXHIBIT 79d

WHEREFORE, for the reasons set forth above, the Government hereby provides notice of its intent to admit the above statements in Facebook Messenger chats between the victim and her associate at trial.

Respectfully submitted,

TROY RIVETTI
United States Attorney

/s/ Maureen Sheehan-Balchon
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059

/s/ Shaun E. Sweeney
SHAUN E. SWEENEY
Special Assistant U.S. Attorney
PA ID No. 53568

/s/ Samantha Stewart
SAMANTHA STEWART
Assistant U.S. Attorney
PA ID No. 310068