UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

V.                                                                    Case No.:   3:23-CR-14

CLINT ADDLEMAN

    Defendant

### DEFENDANT'S PROPOSED SUPPLEMENTAL *VOIR DIRE* QUESTIONS

Now comes the Defendant, Clint Addleman, by and through his counsel, Frank C. Walker of Frank Walker Law, and Daniel Goldman, Esquire and submits his proposed Supplemental *Voir Dire* Questions, offering the following in support thereof:

1. Has any member of the Jury Panel ever been a Police Officer, Detective or Agent in Military or Civilian Life?

2. Is any member of the jury panel related by blood or by marriage to anyone who is a police officer, detective or federal agent?

3. Do you think drug cases are so serious that juries should 'send a message' with their verdict?

4. Have you ever applied to, worked for, or wanted to work for law enforcement, corrections, probation/parole, or federal agencies?

5. Is there any category of witness—agent, officer, informant, cooperator, addict, felon—that you believe should be believed or disbelieved automatically?

6. Does any member of the jury panel have a close friend or associate who is a police officer, detective or federal agent?

7. Would you want to see independent confirmation before relying on a cooperating witness?

8. Would any member of the jury be more likely to believe a police officer's sworn testimony than the sworn testimony of a witness who is not a police officer?

9. Does any member of the jury panel have a close friend or associate who is currently or formally a district attorney, prosecuting attorney or United States Attorney?

10. Do you believe federal prosecutors usually only bring cases they can prove, or do you think they sometimes overcharge/make mistakes?

11. Is any member of the jury panel related by blood or by marriage to someone who has been arrested for a criminal offense? If so, please raise your hand.

12. Has any member of the jury panel ever been accused of committing a criminal offense? If so, please raise your hand.

13. Has any member of the jury panel had a family member, by blood or by marriage, who was accused of committing a criminal offense? If so, please raise your hand.

14. Is any member of the jury panel work for or know anyone who works for the United States Attorney, United States Marshalls or United States Probation?

15. Has any member of the jury panel ever been called as a witness in a criminal case?

16. Do you know anything about the facts of this case other than what you have heard in Court Today?

17. Have any of you or members of your family ever served as a juror on a grand jury?

18. Have any of you or members of your family ever served as a juror in a civil or criminal case?

    If so:

    a. when?

    b. where?

    c. how many occasions?

    d. did you/they reach a verdict?

19. Was there anything about the service that caused you any concern about the justice system in this country or is there anything that causes you to believe that you could not be a fair and impartial juror in this case?

20. Would any member of the Jury Panel feel that Mr. Addleman is probably guilty of the charges in the indictment if he does not testify on his own behalf at trial?

21. Would each member of the jury panel agree to follow the instruction of the Court that Mr. Addleman has a constitutional right not to testify and that you should not consider whether he testified when deciding whether the United States has proven its case beyond a reasonable doubt?

22. Do any of you know or are you familiar with Mr. Addleman?

23. Do each of you have the opinion right now that Mr. Addleman is not guilty of the offense for which he is charged as the trial begins?

24. Has anyone *read*, *heard* or *seen* anything about Mr. Addleman or any of the charges pending against him?

25. Does anyone believe that because a person has been <u>charged</u> by the United States with a crime that he is probably guilty of something?

26. Does anyone believe that Mr. Addleman is probably guilty of something simply because he has been <u>indicted</u> by the grand jury?

27. Can you accept the legal principle that the Government has the burden of proof in a criminal case, which means that Mr. Addleman does not need to prove his innocence but the government must prove his guilt beyond a reasonable doubt?

28. Do you understand and agree:

    a. That the defense does not need to present any evidence?

    b. That the Defendant does not need to testify?

    c. That the Defendant does not have to cross-examine any witness, because there is not a burden on the defense to prove anything?

29. Does any member of the jury have affixed to their bumper or to any other personal property that they may own that supports local police organization or any other law enforcement agency?

30. Does any member operate a blog, social media group, website or other electronic page that deals with the support of law enforcement?

31. Has any member of the jury panel ever been charged with a drug related offense?

32. Has anyone ever been the victim of a drug related offense? If yes, please explain.

33. Has anyone ever been a <u>witness</u> to a drug related offense?

34. Have any of you been a <u>victim</u> of a crime? If so, please explain.

35. Do any of you have a family member or close friend who has been a victim of a crime? If so, please explain.

36. Would any of you suffer any great personal inconvenience if you were chosen as a juror and were required to sit as a juror in this case? If so, please explain.

37. Do you suffer any physical ailments concerning your hearing or sight? If so, please explain any ailments you may have.

38. Do you agree that sometimes Police officers can arrest the wrong person?

39. Is there anything you want to ask or tell us, regardless of whether it was asked previously or not, that bears upon your ability to be a fair and impartial juror?

40. Does any member of the jury panel have any specialized training or knowledge in the field of crime scene investigation?

41. Does any member of the jury panel have any specialized training or knowledge in the field of law, paralegal studies and/or the constitution?

42. Have you or anyone in your family been addicted to narcotics?

43. Does any member of the jury panel have any specialized training or knowledge in the field of drug counseling and therapy?

44. Does any member of the jury panel believe that the Western District of Pennsylvania is suffering from a drug epidemic?

45. Do you believe that a person can be charged with a crime, indicted by the United States and later be found not guilty after a trial?

46. Would any of you surrender your honest belief that Mr. Addleman is not guilty just because some of your fellow jurors felt differently?

47. Would any of you disbelieve the witnesses called on behalf of Mr. Addleman simply because they are testifying on behalf of Mr. Addleman?

48. Do any of you know of any reasons why you would believe the Government and not believe Mr. Addleman or his witnesses because of the nature of the charges?

49. Can you think of any other matter that you should call to the attention of the Court that may have some bearing on your qualifications to sit as a juror in this case?

50. Can you think of anything that may prevent you from rendering a fair and impartial verdict in this case based solely on the evidence and my instructions as to the law?

Mr. Addleman reserves the right to supplement this list with proper notice to the Government.

Respectfully Submitted,

*/s/ Frank C. Walker, II*
Frank C. Walker, II
PA ID No. 94840
WV ID No. 11853

FrankWalkerLaw
3000 N. Lewis Run Road
Clairton, PA 15025

412.405.8556 Office
412.202.9193 Facsimile

frank@frankwalkerlaw.com

*Counsel for Mr. Addleman*