IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                                     Criminal No. 3:23-cr-14

CLINT ADDLEMAN

### JOINT PROPOSED NEUTRAL SUMMARY OF INDICTMENT

AND NOW comes the United States of America, through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon and Samantha Stewart, Assistant United States Attorneys, and Shaun E. Sweeney, Special Assistant United States Attorney for said District, and pursuant to the Court's Order, and after consultations with Frank C. Walker, Esquire and Daniel Hutcheson Goldman, Esquire, counsel for Defendant Clint Addleman, the parties respectfully submit, the following Joint Proposed Neutral Summary of Indictment:

The Superseding Indictment alleges that, from on or about October 3, 2019, and continuing until on or about October 4, 2019, in the Western District of Pennsylvania, the defendant, Clint Addleman, and Kris Joseph Nevling, aided and abetted by each other, did knowingly and unlawfully possess a firearm, as defined in Title 26, United States Code, Section 5845(a), namely a destructive device, as defined in Title 26, United States Code, Section 5845(a)(8), which was not registered to either of them in the National Firearms Registration and Transfer Record.

The Superseding Indictment further alleges that, from in and around early October 2019, and continuing until on or about October 4, 2019, in the Western District of Pennsylvania, the defendant Clint Addleman, and Kris Joseph Nevling, did agree together and with other persons known and unknown to the grand jury, to maliciously destroy property by means of an explosive and fire.

The Superseding Indictment further alleges that, on or about October 4, 2019, in the Western District of Pennsylvania, the defendant Clint Addleman, did maliciously damage and destroy, and cause to be damaged and destroyed, by means of an explosive and fire, a structure located at 327 East Market Street in Clearfield, Pennsylvania, which structure was used in interstate commerce and in activity affecting interstate commerce, resulting in the death of S.L.C. whose death was the direct and proximate result of the conduct of the defendant Clint Addleman.

The Superseding Indictment further alleges that, from in and around January 2019, and continuing until n and around October 2019, in the Western District of Pennsylvania, the defendant Clint Addleman, did knowingly, intentionally, and unlawfully conspire to possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine.

The charges in Counts One, Two and Three relate to the possession of a destructive device that resulted in an explosion and fire at 327 East Market Street, Clearfield, PA on October 4, 2019, and caused the death of S.L.C. The charge in Count Four relates to Mr. Addleman distributing methamphetamine throughout Clearfield County between January 2019 and October 2019 to S.L.C. and others.

Mr. Addleman has pleaded not guilty to all four charges and denies that he either possessed an unregistered destructive device or maliciously utilized a destructive device to destroy property with Kris Joseph Nevling or anyone else. Mr. Addleman denies that he conspired to possess with intent to distribute or distribute methamphetamine.

    Respectfully submitted,

    TROY RIVETTI
    United States Attorney

/s/ *Maureen Sheehan-Balchon*
MAUREEN SHEEHAN-BALCHON
Assistant United States Attorney
PA ID No. 78059


/s/ *Shaun E. Sweeney*
SHAUN E. SWEENEY
Special Assistant United States Attorney
PA ID No. 53568

/s/ *Samantha Stewart*
SAMANTHA STEWART
Assistant United States Attorney
PA ID No. 310068

CLINT ADDLEMAN
Defendant

/s/ *Frank C. Walker*
FRANK C. WALKER
Counsel for Defendant

/s/ *Daniel Hutcheson Goldman*
DANIEL HUTCHESON GOLDMAN
Counsel for Defendant