IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:23-cr-14 |
| ) | |
| CLINT ADDLEMAN ) | |

## **JOINT STIPULATIONS**

    AND NOW comes the United States of America, through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon and Samantha Stewart, Assistant United States Attorneys, and Shaun E. Sweeney, Special Assistant United States Attorney for said District, and pursuant to the Court's Order, and after consultations with Frank C. Walker, Esquire, and Daniel Goldman, counsel for Defendant Clint Addleman, the parties respectfully submit, the following stipulations.

STIPULATIONS OF FACTS FOR ADMISSION

    1.    The chain of custody of all seized evidence post-seizure was unbroken, proper and in accord with the procedures of the Clearfield Borough Police Department, the Pennsylvania State Police, and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The evidence seized was maintained in constant law enforcement custody. It was logged into and secured in evidence storage at all times. It has been securely transported by law enforcement members to the Federal Courthouse in Johnstown for trial. Proper documentation reflects any movement of the items.

    2.    Section 5841 of the National Firearms Act (Chapter 53, Title 26, United States Code) provides that the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under control of the United States

1

which come within the purview of 26 U.S.C. Chapter 53.  That central registry is known as the National Firearms Registration and Transfer Record and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington, D.C.  Kris Joseph Nevling has never registered any firearm, including any destructive device, in the National Firearms Registration and Transfer Record (Exhibit 62).  Clint Addleman has never registered any firearm, including any destructive device, in the National Firearms Registration and Transfer Record (Exhibit 63).

3. Between October 4, 2019, and October 7, 2019, the Pennsylvania State Police seized various evidentiary items related to this case in the Western District of Pennsylvania.  On October 7, 8, 10, and 25, 2019, the ATF seized various evidentiary items related to this case in the Western District of Pennsylvania.  On October 5, 2019, Dr. Harry Kamerow located various evidentiary items during the course of an autopsy examination related to this case.  On October 15, 2019, ATF Forensic Chemist Meghan Kane processed and analyzed various evidentiary items related to this case.

4. The photographs of all seized evidence are fair, true, and accurate depictions of the evidence at the time it was seized, analyzed or inspected.

5. On October 5, 2019, Dr. Harry Kamerow conducted a forensic autopsy related to this case and caused photographs to be taken during the autopsy.  The autopsy photographs are fair, true, and accurate depictions of the autopsy and the body of the victim at the time the photographs were taken.

6. The photographs of the scene at 327 East Market Street, Clearfield, Pennsylvania throughout October of 2019 taken by investigators are fair, true and accurate depictions of the condition of that location at the time the photographs were taken.

7. The audio recording (Exhibit 37a) of the 911 call placed on October 4, 2019, by Jill Herrington to the Clearfield County Emergency Management center is a fair, true and accurate recording of the content of the call. The transcript (Exhibit 37b) of the audio recording is an accurate representation of the contents of that recording.

8. The surveillance video (Exhibit 12) obtained from Eagle Haven Security as maintained for Unlimited Real Estate Services, 331 East Market Street, Clearfield, Pennsylvania, is a fair and accurate depiction of the events between October 3, 2019, and October 4, 2019. Exhibit 12 was properly processed by ATF Digital Forensics and the resulting video (Exhibits 20, 38, 39, and 40) is a fair, true and accurate depiction of the events between October 3, 2019, and October 4, 2019.

9. The surveillance video (Exhibit 41) obtained from bystander Tom Flango of the fire at 327 East Market Street, Clearfield, Pennsylvania, is a fair, true and accurate depiction of the events from October 4, 2019.

10. The aerial view map (Exhibit 66) of Clearfield Borough, including the location of 327 East Market Street and 107 North 5th Street the location of Kris Joseph Nevling's residence, is a fair, true, and accurate depiction of those locations.

11. The surveillance video still photos (Exhibit 65) obtained at the Sheetz store located at 101 Nichols Street, Clearfield, PA on October 4, 2019, are a fair, true, and accurate depiction of the individuals present there at the time the video was captured.

12. Certified business records including, but not limited to, Facebook / Meta social media records, telecommunications records, and inmate prison records, are accurate and authentic records of the business provided by the custodian of records for the business.

13. The Facebook records and Cellebrite reports display data utilizing Coordinated Universal Time (UTC). The UTC time is four (4) hours ahead of Eastern Standard Time (EST).

14. The property at 327 E Market Street, Clearfield, Pennsylvania, was a multi-unit apartment building. It was real property used in interstate and foreign commerce, in that the tenants of the apartments located in the building paid money as rent to the owner of the building, James Whited, affecting interstate commerce.

        Respectfully submitted,

        TROY RIVETTI
        United States Attorney

        */s/ Maureen Sheehan-Balchon*
        MAUREEN SHEEHAN-BALCHON
        Assistant United States Attorney
        PA ID No. 78059

        */s/ Shaun E. Sweeney*
        SHUAN E. SWEENEY
        Special Assistant United States Attorney
        PA ID No. 53568

        */s/ Samantha Stewart*
        SAMANTHA STEWART
        Assistant United States Attorney
        PA ID No. 310068

        */s/ Frank C. Walker*
        FRANK C. WALKER
        Counsel for Defendant

        */s/ Daniel Goldman*
        DANIEL GOLDMAN
        Counsel for Defendant